UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TAMMY SITZ,

    Plaintiff,

v.   CASE NO: 8:05-cv-2375-T-23EAJ

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant,
_____/

## ORDER

Pursuant to a standing order of this court dated January 5, 1998, and Local Rule 6.01(c)(21), this matter was referred to the United States Magistrate Judge for a report and recommendation. Following the Magistrate Judge's February 22, 2007, report and recommendation (Doc. 14), no party objects to the report and the time for filing objections has expired.

Accordingly, the Magistrate Judge's report and recommendation (Doc. 14) is **ADOPTED** and the Commissioner's decision is **AFFIRMED**. The Clerk shall (1) enter final judgment in favor of the defendant, (2) terminate any pending motion, and (3) close the case.

ORDERED in Tampa, Florida, on March 14, 2007.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE